IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

INTELLECTUAL WELLNESS, LLC,
a Michigan Limited Liability Company,

  Plaintiff

v.

IRONMAG LABS, LLC,
a Nevada Limited Liability Company,

  Defendant

Case No.  5:14-cv-13717-JEL-RSW
Hon. Judith E. Levy

---

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Intellectual Wellness, LLC hereby dismisses with prejudice its complaint as to Defendant IronMag Labs, LLC pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Rule permits dismissal by the Plaintiff, without an order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

Dated:  December  16, 2014

**CARLSON, GASKEY & OLDS, P.C.**

/s/ Steven Susser
Steven Susser (P52940)
Carlson Gaskey & Olds, P.C.
400 W. Maple, Suite 350
Birmingham, Michigan 48009
 (248) 988-8360
ssusser@cgolaw.com

**BATOR LEGAL PC**

/s/ David G. Cain_____
David G. Cain (P-33265)
Attorney for Plaintiff
400 West Maple, Suite 200
Birmingham, MI 48009
 (248) 642-8120
dgcain1955@sbcglobal.net

## **CERTIFICATE OF SERVICE**

I certify that on December 16, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                              CARLSON, GASKEY & OLDS, P.C.

                By:   /s/ Steven Susser
                            Steven Susser (P52940)
                            Attorneys for Plaintiff
                            400 West Maple Road, Suite 350
                            Birmingham, Michigan 48009
                            248-988-8360
                            ssusser@cgolaw.com

Dated:  December 16, 2014